**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2552**

WILLIAM SCOTT DAVIS, JR., as next best friend to his daughter J.F.D., a minor; J.F.D., a minor,

Plaintiffs - Appellants,

v.

CHARLOTTE MITCHEL, individually and as Guardian Ad Litem of J.F.D., appointed by the Court; WENDY KIRWAN, individually and as Supervisor Wake County N.C. Guardian Ad Litem Program; NAOMIE LIVINGSTON, Individually and as Director Wake County NC Guardian Ad Litem Program and all staff individually and in their official capacities as program managers, superiors and Advocate Attorneys for the Wake County NC 10th Judicial District Guardian Ad Litem Program; JANE VOLLAND, Individually, and as Director of the State of North Carolina Ad Litem; BEVERLY PERDUE, individually and as Governor of the State of North Carolina; NANCY BERSON, individually and as Child and Family for UNC School of Medicine Program on Childhood Trauma and Maltreatment; ANTHONY HAL MORRIS, Individually and in their official capacities as Advocate Attorneys for the Wake County N.C. Guardian Ad Litem Program; RICHARD CROUTHARMEL, Individually and in their official capacities as Advocate Attorneys; for the Wake County N.C. Guardian Ad Litem Program; SUSAN F. VICK, Individually and in their official capacities as Advocate Attorneys; for the Wake County N.C. Guardian Ad Litem Program; REGINALD O'ROURKE, Individually and in their official capacities as Advocate Attorneys; for the Wake County N.C. Guardian Ad Litem Program; MELLONNEE KENNEDY, Individually and in their official capacities as Advocate Attorneys; for the Wake County N.C. Guardian Ad Litem Program; CARRIE FLATT, Individually and in their official capacities, as Program Supervisors for the Wake County, N.C. Guardian Ad Litem Program; FONDA LYONS-COUSAR; MARGARET HERTZLER, individually and in their official capacities, as Program Supervisors for the Wake County, N.C. Guardian Ad Litem Program; CHERYL HANES, Individually and in their

official capacities, as Program Supervisors for the Wake County, N.C. Guardian Ad Litem Program,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, Senior District Judge.  (5:12-cv-00493-F)

———————————

Submitted:  May 30, 2013                    Decided:  June 4, 2013

———————————

Before SHEDD, DIAZ, and THACKER, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

William Scott Davis, Jr., Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Scott Davis, Jr., seeks to appeal the district court's order staying the case pending this court's judgment on Davis' prior interlocutory notice of appeal. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Davis seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Davis' motions for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

3